UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

JULIA MERCADO ECHEVARRÍA, et al.,

    Plaintiffs,

    v.

PUERTO RICO DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

Civil No. 07-2134 (JAF)

**O R D E R**

On November 29, 2007, Plaintiffs, Julia Mercado Echevarría ("Mercado") and her minor child Linnette Oramas Mercado, brought a pro-se action against Defendants, the Puerto Rico Department of Corrections ("DOC"); DOC employees Miguel A. Pereira Castillo, Fernando Fernández Correa, Annie González, Hilda Santos, Ivette Bodón González, and Rafael Santiago; and the General Workers' Union-UNECAD ("Union") and its director, Juan Eliza. Docket No. 24.

On May 7, 2008, we granted a motion for a more definite statement filed by the Union, Docket No. 3, and ordered Plaintiffs to file an amended complaint clarifying their claims, Docket No. 6. The Union and Eliza moved to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) on June 24, 2008, and again on August 29, 2008, arguing that Plaintiffs had failed to comply with our order to amend their complaint and that the complaint as it stood

Civil No. 07-2134 (JAF)                                                -2-

failed to state a claim upon which relief could be granted. Docket Nos. 11, 15.

On September 25, 2008, we again granted Plaintiffs leave to amend their original, pro-se complaint because Plaintiffs had since retained counsel. Docket No. 19. Plaintiffs, now with the assistance of counsel, opposed the motion to dismiss on October 3, 2008, Docket No. 20, and filed an amended complaint on October 6, 2008, Docket No. 24. As Plaintiffs have amended their complaint to comply with our May 7, 2008, Order, Docket No. 6, Eliza and the Union's motions to dismiss are now moot.

Accordingly, we **DENY** Defendants Eliza and the Union's motions to dismiss, Docket Nos. 11, 15, as **MOOT**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 9th day of February, 2009.

                                             s/José Antonio Fusté
                                             JOSE ANTONIO FUSTE
                                             Chief U.S. District Judge